IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KARAMAH HOSPITALITY LLC d/b/a ROADWAY INN PIGEON FORGE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. _____ ) |
| BERKLEY SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL OF A CIVIL ACTION BY DEFENDANT

Comes now the Defendant, Berkley Specialty Insurance Company ("Berkley"), by and through counsel, pursuant to 28 U.S.C. § 1446, and hereby gives notice of removal of this action from the Chancery Court for Sevier County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Northern Division, at Knoxville, and alleges as follows:

1. On December 19, 2024, the Plaintiff, Karamah Hospitality, LLC d/b/a Roadway Inn Pigeon Forge ("Plaintiff"), filed suit in the Chancery Court for Sevier County, Tennessee under docket no. 24-12-264 naming Berkley as the lone Defendant ("the Chancery Court suit"). A copy of the Chancery Court suit filed by the Plaintiff is attached as **Exhibit A**.

2. Berkley was served with the Chancery Court suit on February 5, 2025, through the Tennessee Department of Commerce and Insurance pursuant to Tenn. Code Ann. § 56-2-504.

3. No further proceedings in the Chancery Court suit have occurred.

NA Karamah Not Rem (Fed) 250306

Case 3:25-cv-00100-CEA-JEM   Document 1   Filed 03/07/25   Page 1 of 3   PageID #: 1

4. The entire amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00). In particular, Plaintiff alleges, among other things, breach of contract regarding an insurance policy against Berkley seeking $501,952.78 in compensatory damages as well as an additional twenty-five percent (25%) under T.C.A § 56-7-105, and punitive damages. Therefore, the amount in controversy is satisfied because the amount in dispute exceeds the statutory minimum required in 28 U.S.C. § 1332(a).

5. Diversity of citizenship exists between Plaintiff and Berkley. Specifically, Plaintiff's state of incorporation is Tennessee, having its principal place of business located in Pigeon Forge, Tennessee. Berkley's state of incorporation is Delaware, having its principal place of business located in Scottsdale, Arizona. Thus, Berkley is a citizen of either Arizona or Delaware.

6. This Court has original jurisdiction over the above-styled action, pursuant to the provisions of 28 U. S. C. § 1332(a) and (c) because Berkley is not a citizen or resident of the State of Tennessee, and because the amount in controversy exceeds Seventy-Five Thousand and no/100 ($75,000.00), exclusive of interest and costs. Therefore, this removal is proper, pursuant to 28 U. S. C. § 1441(a).

7. Written notice of the filing of this Notice of Removal has been served upon Plaintiff's counsel.

8. A Notice of Filing of ASIC's Notice of Removal has been filed with the Servier County, Chancery Court.

**WHEREFORE**, Berkley gives Notice of the removal of this action from the Chancery Court for Sevier County, Tennessee, to the United States District Court for the Eastern

District of Tennessee, Knoxville Division.

                                      Respectfully submitted,

                                      /s/ Hannah J. Leifel
                                      **PARKS T. CHASTAIN**
                                      Registration No. 13744
                                      DIRECT: (615) 630-7717
                                      (615) 256-8787, Ext. 114
                                      pchastain@bkblaw.com
                                      **HANNAH J. LEIFEL**
                                      Registration No. 038632
                                      DIRECT: (615) 630-7722
                                      (615) 256-8787, Ext. 152
                                      hleifel@bkblaw.com
                                      Attorneys for Defendant

                                      **BREWER, KRAUSE, BROOKS,**
                                      **CHASTAIN & MEISNER, PLLC**
                                      545 Mainstream Drive, Suite 101
                                      Nashville, TN 37228

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of March, 2025, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via email or by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Michael A. Wagner, Esquire
Wagner & Wagner
701 Market Street, Suite 310
Chattanooga, TN 37402-4867
maw@wagnerinjury.com

                                      /s/ Hannah J. Leifel
                                      **HANNAH J. LEIFEL**