# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **KARAMAH HOSPITALITY LLC d/b/a ROADWAY INN PIGEON FORGE,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:25-CV-00100-CEA-JEM<br>District Judge Charles E. Atchley, Jr. |
| **BERKLEY SPECIALTY INSURANCE COMPANY,** | ) ) ) | Magistrate Judge Jill E. McCook |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate that all causes of action between the Plaintiff and Defendant are voluntarily **DISMISSED WITH PREJUDICE**. Supporting the Stipulation of Dismissal, as evidenced by the signatures of counsel below, the parties have reached agreement with respect to all matters in controversy between them and the parties hereby stipulate agreement to the Dismissal of this Action. Each party shall bear its own attorneys' fees, court costs, and discretionary costs.

Respectfully submitted,

/s/ Hannah J. Leifel
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**HANNAH J. LEIFEL**
Registration No. 038632
DIRECT: (615) 630-7722
(615) 256-8787, Ext. 152
hleifel@bkblaw.com

Attorneys for Defendant, Berkley Specialty Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN  37228

s/ Michael A. Wagner (w/ permission)
**MICHAEL A. WAGNER**
Wagner & Weeks PLLC
701 Market Street, Suite 310
Chattanooga, TN 37402-4867
maw@wagnerinjury.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2025, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served via email or by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

Michael A. Wagner, Esquire
Wagner & Weeks, PLLC
701 Market Street, Suite 310
Chattanooga, TN 37402-4867
maw@wagnerinjury.com

/s/ Hannah J. Leifel
**HANNAH J. LEIFEL**